JOHN SAULS, PLAINTIFF IN ERROR, vs. WILLIAM LAWS AND WILLIAM BOTHAMLEY, DEFENDANTS IN ERROR.

Writ of Error to Circuit Court Volusia county.

*Isaac A. Stewart and John W. Price*, for Plaintiff in Error.

*Benj. M. Miller and Thos. E. Wilson*, for Defendants in Error.

This action was brought by the defendants in error

against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

Application for rehearing denied June 29, 1897.